**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James McArthur Washington,<br><br>    Petitioner,<br><br>v.<br><br>Dora B. Schriro, et al.,<br><br>    Respondents. | No. CV-06-685-PHX-SMM (VAM)<br><br>**ORDER** |

On August 22, 2006, Magistrate Judge Virginia A. Mathis filed a Report and Recommendation [Doc. No. 15], advising this Court that Petitioner's "Request that this Court Order the ADOC and the Attorney General's Office to Delay and Desist from Tampering/Destroying Evidence" be denied. To date, neither Petitioner nor Respondents have filed objections to Judge Mathis's Report and Recommendation. However, Respondents have filed a Request for Clarification to the Report and Recommendation [Doc. No. 20] and Petitioner has filed a Response to Defendants' Request for Clarification [Doc. No. 21]. The Court will adopt the Magistrate Judge's Report and Recommendations with the clarifications discussed below.

**STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, this Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391,

1394 (9th Cir. 1991) (citing <u>Britt v. Simi Valley Unified Sch. Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983)).

By failing to object to a Report and Recommendation, a party waives his right to challenge the Magistrate's factual findings, but not necessarily the Magistrate's legal conclusions. <u>Baxter</u>, 923 F.2d at 1394; <u>see also</u> <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998) (failure to object to Magistrate's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal"); <u>Martinez v. Ylst</u>, 951 F.2d 1153, 1156 (9th Cir. 1991) (citing <u>McCall v. Andrus</u>, 628 F.2d 1185, 1187 (9th Cir. 1980)).

**DISCUSSION**

Having reviewed the legal conclusions of the Report and Recommendation of the Magistrate Judge, and no objections having been made by Petitioner thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation with the following clarifications. Judge Mathis recommends that Respondents provide notice to the Court before destroying or discarding any of the documentary evidence currently possessed by Petitioner or housed in ADOC storage. The Court will grant Respondents' request and limit the notice requirement to the pendency of this action. The Court finds that this request is reasonable because it accommodates the concerns of both parties without materially altering the Magistrate Judge's Report and Recommendation. Petitioner wishes to protect his legal material while Respondents seek to ease the administrative burden an unlimited notice requirement would impose. Limiting Respondents notice requirements to the pendency of this action mollifies Petitioner's concerns without placing an excessive administrative burden on Respondent. Thus, the Court finds this request to be reasonable and will add it to the Magistrate Judge's Report and Recommendations. Upon the conclusion of the present action, if Petitioner once again becomes concerned that important documents will be destroyed by ADOC, then he may once again petition the Court for injunctive relief. In addition, Respondents are only required to provide notice to the Court before destroying legal material. Respondents may dispose the boxes holding the legal material without notifying the Court since the boxes themselves have no bearing on Petitioner's pending legal actions.

**CONCLUSION**

For the reasons set forth,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge Virginia A. Mathis [Doc. No. 15 ] with the clarifications discussed above.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to all parties as well as to Magistrate Judge Virginia A. Mathis.

DATED this 29th day of September, 2006.

_____
Stephen M. McNamee
United States District Judge